1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

8

SHEILA SALEHIAN,

9
          Plaintiff,

10
v.

11
STATE OF NEVADA, NEVADA STATE
TREASURER'S OFFICE; ZACH CONINE,

12
STATE TREASURER; DOES 1-50; AND
ROE CORPORATIONS 1-50,

13

          Defendants.

14

Case No.: 2:21-cv-01512-GMN-NJK

**ORDER**

[Docket No. 4]

15    Pending before the Court is the Parties' joint stipulation for an extension of time for the

16  Defendant to respond to Plaintiff's first amended complaint.  Docket No. 4.  For good cause

17  shown[1], the motion is hereby **GRANTED** and the deadline for Defendants to file a response to

18  Plaintiff's First Amended Complaint is **RESET** to September 16, 2021.

19

20    IT IS SO ORDERED.

21    Dated: August 17, 2021

22
                                                    _____

23                                                   Nancy J. Koppe
                                                    United States Magistrate Judge

24

25

26    [1] To be clear, the Court is not swayed by attestations from defense counsel of competing
demands on counsel's time as good cause.  *See, e.g.*, *Olesczuk v. Citizens One Home Loans*, 2016

27  U.S. Lexis 153342, at *6-7 n.3 (D. Nev. Nov. 4, 2016) ("Of course, counsel must also strive to
ensure that they are not taking on a caseload beyond what they are prepared to handle within the

28  deadlines set by the Court").  Nonetheless, the Court otherwise finds good cause for the extension.