# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA STATE TREASURER'S OFFICE, et al.,<br><br>    Defendant. | Case No.: 2:21-cv-01512-GMN-NJK<br><br>**Order** |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c). Plaintiff Sheila Salehian failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than September 3, 2021.

IT IS SO ORDERED.

Dated: September 1, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE