Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER; DOES 1-50; and ROE CORPORATIONS 1-50,<br><br>Defendants. | CASE NO. 2:21-cv-01512-GMN-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE and ZACH CONINE, STATE TREASURER'S (collectively "Defendants") motion to dismiss filed on September 16, 2021, for

1

which the response is currently due on September 30, 2021, will be continued until October 15, 2021.

     Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including responding to a motion to dismiss in another case which is due on September 27, 2021 and responding to a motion for summary judgment which is due on October 1, 2021.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendants' motion to dismiss.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | AARON D. FORD ATTORNEY GENERAL |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff | /s/ Judy A. Prutzman<br>Judy A. Prutzman, Esq.<br>Brandon R. Price, Esq.<br>5420 Kietzke Lane, Suite 202<br>Las Vegas, NV  89511<br>Attorney for Defendants |
| Dated: September 22, 2021 | Dated: September 22, 2021 |

**IT IS SO ORDERED.**

Dated this  22  day of September, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT