AARON D. FORD
 Attorney General
JUDY A. PRUTZMAN (NV Bar No. 6078)
 Deputy Attorney General
BRANDON R. PRICE (NV Bar No. 11686)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada  89511
Tele: (772) 687-2113
Fax:  (775) 687-1822
Email: jprutzman@ag.nv.gov
          bprice@ag.nv.gov

*Attorneys for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER; DOES 1-50; and ROE CORPORATIONS 1-50,<br><br>             Defendants. | Case No. 2:21-cv-01512-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STPULATED AND AGREED by the parties' undersigned counsel, subject to the Court's approval, that there will be a two (2) week extension of time, up to and including Friday**, November 5, 2021**, for Defendants to file their reply in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 11). This is Defendant's first request for an extension of time.

/ / /

1

Defendants are requesting additional time to file a reply in support of its Motion to Dismiss Plaintiff's First Amended Complaint to accommodate defense counsel's pre-existing professional obligations in other legal matters and a scheduled out-of-state training conference.

The parties, through their respective counsel, respectfully request that this Court extend Defendants' deadline to file its Reply in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint by two (2) weeks, up to and including Friday, November 5, 2021.

This Stipulation is made in good faith and not for the purpose of delay.

DATED this 18th day of October 2021.             DATED this 18th day of October 2021.

AARON D. FORD                                    LAW OFFICES OF MICHAEL P. BALABAN
Attorney General

By /s/ Judy A. Prutzman                          By /s/ Michael P. Balaban, Esq.
   JUDY A. PRUTZMAN, ESQ.                          MICHAEL P. BALABAN, ESQ.
   Deputy Attorney General                         Nevada Bar No. 9370
   Nevada Bar No. 6078                             10726 Del Rudini Street
   BRANDON R. PRICE                                Las Vegas, NV 89141
   Senior Deputy Attorney General                  Tel: (702) 586-2964
   Nevada Bar No. 111686                           Email: mbalaban@balaban-law.com
   *Attorney for Defendants State of Nevada,*      *Attorney for Plaintiff Sheila Salehian*
   *Nevada State Treasurer's Office; Zach*
   *Conine, State Treasurer*

**IT IS SO ORDERED.**

Dated this __18__ day of October, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT