Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHEILA SALEHIAN,

                                        Plaintiff,

          vs.

STATE OF NEVADA, NEVADA STATE
TREASURER'S OFFICE; ZACH CONINE,
STATE TREASURER; DOES 1-50; and ROE
CORPORATIONS 1-50,

                                        Defendants.

CASE NO. 2:21-cv-01512-CDS-NJK

STIPULATION AND ORDER CONTINUING
THE DATE THAT PLAINTIFF MUST FILE
HER RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
AND DEFENDANTS' MUST FILE THEIR
REPLY TO PLAINTIFF'S RESPONSE
[LR 7-1; LR IA 6-2]

(First Request)

          IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective

counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendants State

of Nevada, Nevada State Treasurer's Office and Zach Conine, State Treasurer's motion for

summary judgment filed on September 28, 2022, for which the response is currently due on

October 19, 2022, will be continued until October 31, 2022.  In addition Defendants' reply to Plaintiff's response will be continued to December 2, 2022.

Said continuances are being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given other matters Plaintiff's counsel is involved in, including an all-day deposition he had to prepare for and attend on October 10th, an ENE statement he has to prepare by October 21st and a dispositive motion he might be filing by October 28th.  Plaintiff's counsel also is going out of town from October 14th through October 16th and October 20th through 25th and was out of town from September 24th through October 1st.

In addition, Defendants' counsel is planning a vacation the week of the Veterans Day holiday (November 11) and is also planning to take time off during the week of November 21st for the Thanksgiving holiday.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment or for Defendants' reply to Plaintiff's response.


LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban, Esq.
10726 Del Rudini St.
Las Vegas, NV  89141
Attorney for Plaintiff

Dated: October 14, 2022


ARRON D. FORD
Attorney General

/s/ Judy A. Prutzman
Judy A. Prutzman, Esq.
Brandon R. Price, Esq.
5420 Kietzke Lane, Suite 202
Reno, NV  89511
Attorney for Defendants

Dated: October 14, 2022

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: October 14,  2022