UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Sheila Salehian,

        Plaintiff

v.

Nevada State Treasurer's Office, et al.,

        Defendants

Case No. 2:21-cv-01512-CDS-NJK

**Order Requiring Parties to Meet and Confer**

      The Ninth Circuit Court of Appeals reversed summary judgment and remanded plaintiff Sheila Salehian's ADEA discrimination claim.[1] ECF No. 53; ECF No. 54. Because there is now a triable issue of fact, the parties are ordered to meet and confer to prepare a proposed joint pretrial order that complies with Local Rules 16-3 and 16-4. The proposed joint order is due by January 10, 2025.

      Dated: December 10, 2024

                                                  _____
                                                  Cristina D. Silva
                                                  United States District Judge

---

[1] Summary judgment was affirmed on Salehian's remaining claims. ECF No. 53.