AARON D. FORD
Attorney General
CAMERON P. VANDENBERG
NV Bar No. 4356
Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada  89511
Tele: (772) 687-2132
Fax:  (775) 687-1822
Email: cvandenberg@ag.nv.gov

*Attorneys for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>                 Plaintiff<br><br>     vs.<br><br>STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER; DOES 1-50; and ROE CORPORATIONS 1-50,<br><br>                 Defendants | Case No.  2:21-cv-01512-CDS-NJK<br><br>**Order Approving STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)**<br><br>[ECF No. 56] |

Plaintiff, Sheila Salehian, and Defendants State of Nevada, Nevada State Treasurer's Office and Zach Conine, State Treasurer, by and through their respective attorneys of record, hereby stipulate to and respectfully request that the Court extend the deadline to file their Joint Pretrial Order ("JPTO") by one week to Friday, January 17, 2025.  The Joint Pre-Trial Order is currently due tomorrow, January 10, 2025.  This request is based on the fact that, while the parties have been working cooperatively to draft the JPTO, due to the holidays, a bit more time is needed to ensure the JPTO is complete.

This is just the first good faith request for an extension of time and is not made for purposes of delay.

DATED this 9th day of January 2025.

AARON D. FORD
Attorney General

By /s/ Cameron P Vandenberg
   CAMERON P. VANDENBERG, ESQ.
   Chief Deputy Attorney General
   Nevada Bar No. 4356
   *Attorney for Defendants*

DATED this 9th day of January 2025.

LAW OFFICES OF MICHAEL P. BALABAN

By /s/ Michael P. Balaban
   MICHAEL P. BALABAN, ESQ.
   Nevada Bar No. 9370
   10726 Del Rudini Street
   Las Vegas, NV 89141
   Tel: (702) 586-2964
   Email: mbalaban@balaban-law.com
   *Attorney for Plaintiff Sheila Salehian*

## **ORDER**

The parties' stipulated request [ECF No. 56] to extend the deadline to file the Joint Pre-Trial Order to January 17, 2025, is approved.

Dated: January 10, 2025

_____
UNITED STATES DISTRICT JUDGE