AARON D. FORD
 Attorney General
CAMERON P. VANDENBERG
 NV Bar No. 4356
 Chief Deputy Attorney General
KRISTEN R. GEDDES
 NV Bar No. 9027
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Tele: (772) 687-2132
Fax: (775) 687-1822
Email: cvandenberg@ag.nv.gov
Email: kgeddes@ag.nv.gov

*Attorneys for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>            Plaintiff<br><br>   vs.<br><br>STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER; DOES 1-50; and ROE CORPORATIONS 1-50,<br><br>            Defendants | Case No.  2:21-cv-01512-CDS-NJK<br><br>**ORDER APPROVING IN PART STIPULATION TO EXTEND DEADLINE TO FILE REVISED PROPOSED JOINT PRETRIAL ORDER**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 61] |

Defendants, STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE, ZACH CONINE, STATE TREASURER, and Plaintiff, SHEILA SALEHIAN, by and through their respective counsel, jointly stipulate and request that this Court extend by thirty (30) days the deadline for the parties' to file a revised Joint Pretrial Order (ECF #059).

For the reasons stated below, good cause exists for extending the deadline by this brief period.

Additional undersigned counsel for Defendants was hired and commenced employment as a Senior Deputy Attorney General with the Office of the Attorney General on Monday, February 3, 2025. Among other matters, undersigned counsel for Defendants has been assigned as additional counsel for further handling of this matter. To that end, counsel gave her Notice of Appearance in this matter on February 10, 2025. (ECF #060). Inasmuch as this Court previously rejected the Proposed Joint Pretrial Order (JPTO) (ECF #058)[1], undersigned defense counsel must review this matter in its entirety in order to effectively draft Defendants' portions of a revised JPTO that comports with LR 16-3(b)(10) and (11). Here, given that this matter has been pending for over four years, there is extensive case history for undersigned defense counsel to familiarize herself with to accomplish this task. As well, undersigned defense counsel must likewise have a strong command of the facts and evidence prior to any meet and confer with opposing counsel regarding any stipulations that may be included in a revised draft JPTO. Undersigned defense counsel is cognizant of the Court's order to submit a revised draft JPTO, and counsel is acting diligently to review the procedural history and evidence in this matter; however, a brief extension of the Court's deadline is necessary in order to conduct this review, revise Defendants' draft JPTO, and to meet and confer with counsel regarding any stipulations that may be reached for inclusion in a revised draft JPTO.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The parties' proposed JPTO was filed pursuant to the parties' First Request for Extension of Time. *See* ECF #057.

The foregoing request and stipulation for an extension of the deadline for filing a revised Joint Pretrial Order is made in good faith, jointly by the parties hereto.

**IT IS SO STIPULATED.**

DATED this 13th day of February 2025.   DATED this 13th day of February 2025.

AARON D. FORD   LAW OFFICES OF MICHAEL P. BALABAN
Attorney General

By /s/ *Kristen R. Geddes*   By  /s/ *Michael P. Balaban*
  CAMERON P. VANDENBERG     MICHAEL P. BALABAN, ESQ.
  NV Bar No. 4356     Nevada Bar No. 9370
  Chief Deputy Attorney General     10726 Del Rudini Street
  KRISTEN R. GEDDES     Las Vegas, NV 89141
  NV Bar No. 9027     Tel: (702) 586-2964
  Senior Deputy Attorney General     Email: mbalaban@balaban-law.com

*Attorney for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*   *Attorney for Plaintiff Sheila Salehian*

**ORDER**

The parties stipulation [ECF No. 61] is approved in part. The deadline to file a second proposed joint pretrial order is extended to March 11, 2025.

Dated: February 14, 2025

_____
UNITED STATES DISTRICT JUDGE