AARON D. FORD
 Attorney General
CAMERON P. VANDENBERG
 NV Bar No. 4356
 Chief Deputy Attorney General
KRISTEN R. GEDDES
 NV Bar No. 9027
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Tele: (772) 687-2132
Fax: (775) 687-1822
Email: cvandenberg@ag.nv.gov
Email: kgeddes@ag.nv.gov

*Attorneys for Defendants State of Nevada,*
*Nevada State Treasurer's Office; Zach*
*Conine, State Treasurer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA SALEHIAN, | Case No.  2:21-cv-01512-CDS-NJK |
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| v. | |
| STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER, | **(FIRST REQUEST)** |
| | [ECF No. 65] |
| Defendants | |

Defendants, STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE, ZACH CONINE, STATE TREASURER, and Plaintiff, SHEILA SALEHIAN, by and through their respective counsel, jointly stipulate and request that this Court VACATE the current trial date of August 11, 2025 (ECF #064) and RESET this matter to an alternative setting as discussed below.

This matter was set for trial at the convenience of the Court's calendar for an estimated 5-day trial to commence on August 11, 2025. (ECF #064). On advising Defendant Conine of the trial setting, Defendant Conine informed undersigned counsel for Defendants that he has a pre-planned professional commitment out-of-state on August 14–15, 2025, which conflicting commitment cannot be moved or rescheduled. As such, good cause exists for vacating and continuing the trial date based upon availability of all parties to the action.

Undersigned counsel for the parties have conferred and offer the following alternative weeks for this matter to be reset for trial, including:

September 8th;

September 15th;

September 22nd;

October 27th; or

November 3rd.

Wherefore, undersigned counsel for the parties jointly stipulate and request that the existing trial date of August 11, 2025, be VACATED and RESET to a mutually available date, as set out above.

**IT IS SO STIPULATED.**

DATED this 6th day of May 2025.

AARON D. FORD
Attorney General

By:/s/ *Kristen R. Geddes*
CAMERON P. VANDENBERG
NV Bar No. 4356
Chief Deputy Attorney General
KRISTEN R. GEDDES
NV Bar No. 9027
Senior Deputy Attorney General

*Attorney for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

DATED this 6th day of May 2025.

LAW OFFICES OF MICHAEL P. BALABAN

By: /s/ *Michael P. Balaban*
MICHAEL P. BALABAN, ESQ.
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141
Tel: (702) 586-2964
Email: mbalaban@balaban-law.com

*Attorney for Plaintiff Sheila Salehian*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The parties stipulation **[ECF No. 65] is approved**. It is ordered that the jury trial currently scheduled for August 11, 2025, at 9:30 a.m. is vacated and continued to **September 22, 2025, at 9:30 a.m.**, and the calendar call currently scheduled for July 31, 2025, at 10:00 a.m. is vacated and continued to **September 11, 2025, at 10:00 a.m.** in LV Courtroom 6B.

Dated: May 7, 2025

_____
Cristina D. Silva
United States District Judge