AARON D. FORD
 Attorney General
CAMERON P. VANDENBERG
 NV Bar No. 4356
 Chief Deputy Attorney General
KRISTEN R. GEDDES
 NV Bar No. 9027
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Tele: (772) 687-2132
Fax: (775) 687-1822
Email: cvandenberg@ag.nv.gov
Email: kgeddes@ag.nv.gov

*Attorneys for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER; DOES 1-50; and ROE CORPORATIONS 1-50,<br><br>                    Defendants. | Case No.  2:21-cv-01512-CDS-NJK<br><br>**STIPULATION AND PROPOSED ORDER REQUESTING MANDATORY PRE-TRIAL SETTLEMENT CONFERENCE** |

Defendants, STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE, ZACH CONINE, STATE TREASURER, and Plaintiff, SHEILA SALEHIAN, by and through their respective counsel, jointly stipulate and request pursuant LR 16-5 and Standing Order Rule III(f) that this matter be set for a mandatory pre-trial settlement conference, with trial having been set to commence on September 22, 2025.  The parties further stipulate and request

1

that the pre-trial settlement conference be conducted by any of the following Magistrate Judges, whose calendar may be able to accommodate conducting a mandatory conference:

    1. Magistrate Judge Daniel Albregts

    2. Magistrate Judge Elayna Youchah

    3. Magistrate Judge Craig Denney

Lastly, the parties agree and stipulate that a party and their representatives not located within the geographical area where any mandatory conference is conducted may appear by remote means (*i.e.*, if set in the North, Plaintiff and her counsel may appear by remote means; and, if set in the South, Defendants and their representatives may appear by remote means).

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 18th day of July 2025. | DATED this 18th day of July 2025. |
| AARON D. FORD<br>Attorney General | LAW OFFICES OF MICHAEL P. BALABAN |
| By:/s/ *Kristen R. Geddes*<br>   CAMERON P. VANDENBERG<br>   NV Bar No. 4356<br>   Chief Deputy Attorney General<br>   KRISTEN R. GEDDES<br>   NV Bar No. 9027<br>   Senior Deputy Attorney General | By: /s/ *Michael P. Balaban*<br>   MICHAEL P. BALABAN, ESQ.<br>   Nevada Bar No. 9370<br>   10726 Del Rudini Street<br>   Las Vegas, NV 89141<br>   Tel: (702) 586-2964<br>   Email: mbalaban@balaban-law.com |
| *Attorney for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer* | *Attorney for Plaintiff Sheila Salehian* |

**ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2025.

_____
UNITED STATES DISTRICT JUDGE