AARON D. FORD
 Attorney General
CAMERON P. VANDENBERG
 NV Bar No. 4356
 Chief Deputy Attorney General
KRISTEN R. GEDDES
 NV Bar No. 9027
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Tele: (772) 687-2132
Fax: (775) 687-1822
Email: cvandenberg@ag.nv.gov
Email: kgeddes@ag.nv.gov

*Attorneys for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>                    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER; DOES 1-50; and ROE CORPORATIONS 1-50,<br><br>                    Defendants. | Case No.  2:21-cv-01512-CDS-NJK<br><br>**Order Approving Stipulation for EXTENSION OF DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL**<br><br>[ECF No. 76] |

Defendants, STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE, ZACH CONINE, STATE TREASURER, and Plaintiff, SHEILA SALEHIAN, by and through their respective counsel, jointly stipulate and request that the deadline to file the Stipulation and Order for Dismissal of this action following the parties' settlement, be extended for **30 additional days.**

Following the parties' settlement of this matter, the Court set the deadline for the filing of the Stipulation for Dismissal as November 4, 2025. Currently, the only remaining settlement term to be carried out is the issuance of the settlement funds. The delay in issuance of the settlement funds was due to the State Controller's Office being unable to process payments for several weeks due to ongoing system updates. The payment system resumed processing payments during the week of October 27, 2025. Consequently, it is anticipated that the settlement funds will be issued and transmitted this week (November 3, 2025) or the next.

Extending the deadline for the parties to file the dismissal of this action will allow for adequate time for the remaining settlement term to be carried out prior to dismissal of this action. Undersigned counsel for the parties make this request in good faith and not to delay dismissal of this matter.

**IT IS SO STIPULATED.**

DATED this 4th day of November 2025.

AARON D. FORD
Attorney General

By: /s/ *Kristen R. Geddes*
   CAMERON P. VANDENBERG
   NV Bar No. 4356
   Chief Deputy Attorney General
   KRISTEN R. GEDDES
   NV Bar No. 9027
   Senior Deputy Attorney General

*Attorney for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

DATED this 4th day of November 2025.

LAW OFFICES OF MICHAEL P. BALABAN

By: /s/ *Michael P. Balaban*
   MICHAEL P. BALABAN, ESQ.
   Nevada Bar No. 9370
   10726 Del Rudini Street
   Las Vegas, NV 89141
   Tel: (702) 586-2964
   Email: mbalaban@balaban-law.com

*Attorney for Plaintiff Sheila Salehian*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: November 12, 2025