AARON D. FORD
 Attorney General
CAMERON P. VANDENBERG
 NV Bar No. 4356
 Chief Deputy Attorney General
KRISTEN R. GEDDES
 NV Bar No. 9027
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Tele: (772) 687-2132
Fax: (775) 687-1822
Email: cvandenberg@ag.nv.gov
Email: kgeddes@ag.nv.gov

*Attorneys for Defendants State of Nevada, Nevada State Treasurer's Office; Zach Conine, State Treasurer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA SALEHIAN,<br><br>          Plaintiff<br><br>   vs.<br><br>STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE; ZACH CONINE, STATE TREASURER; DOES 1-50; and ROE CORPORATIONS 1-50,<br><br>          Defendants | Case No.  2:21-cv-01512-CDS-NJK<br><br>**STIPULATION OF DISMISSAL** |

Defendants, STATE OF NEVADA, NEVADA STATE TREASURER'S OFFICE, ZACH CONINE, STATE TREASURER, and Plaintiff, SHEILA SALEHIAN, by and through their respective counsel, jointly stipulate and request that this matter be DISMISSED WITH PREJUDICE, with each side to bear their attorneys' fees and costs.

/ / /

1  **IT IS SO STIPULATED.**

2  DATED this 5th day of December 2025.     DATED this 5th day of December 2025.

3  AARON D. FORD                            LAW OFFICES OF MICHAEL P. BALABAN
   Attorney General

4  By: /s/ *Kristen R. Geddes*              By:  /s/ *Michael P. Balaban*
       CAMERON P. VANDENBERG                     MICHAEL P. BALABAN, ESQ.
       NV Bar No. 4356                           Nevada Bar No. 9370
       Chief Deputy Attorney General             10726 Del Rudini Street
       KRISTEN R. GEDDES                         Las Vegas, NV 89141
       NV Bar No. 9027                           Tel: (702) 586-2964
       Senior Deputy Attorney General            Email: mbalaban@balaban-law.com

   *Attorney for Defendants State of Nevada,*   *Attorney for Plaintiff Sheila Salehian*
   *Nevada State Treasurer's Office; Zach*
   *Conine, State Treasurer*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2025

2